Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Western Pennsylvania

Division 3rd Circuit

Christopher A Walters
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bryan Diehl
Patton Borrow Police
Patton Borrow Emt
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24-cv-26
(to be filled in by the Clerk's Office)

RECEIVED
FEB 07 2024
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

OTN: R346982-6 for Case

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Patton Borrow Emt
Job or Title (if known): Emt's (                    )
Shield Number:
Employer:
Address:
Patton                    P.A.         16668
City                      State        Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City                      State        Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 14th Amendment rights of Due process, equal protection act, gross Negligence
My 8th Amendment were violated Bye Cruel and unusal Punishmen hardship and loss of weges.
My 4th Amendment Do to Excessive force

Page 3 of 12

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christopher A Walters
   All other names by which you have been known:
   ID Number:
   Current Institution:
   Address: 224 Twin lakes rd
   Somerset    PA    15501
   City    State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Bryan Diehl
   Job or Title *(if known)*: Patton Borrow Police officer
   Shield Number:
   Employer: Patton Borrow
   Address: Patton    P.A.    16668
   City    State    Zip Code
   [X] Individual capacity    [ ] Official capacity

   Defendant No. 2
   Name: Patton Borrow Police
   Job or Title *(if known)*:
   Shield Number:
   Employer: Patton Borrow
   Address: Patton    P.A    16668
   City    State    Zip Code
   [ ] Individual capacity    [X] Official capacity

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14th Amendment   4th Amendment
8th Amendment
5th Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Mr. Diehl violated my Due process right's Bye using excisive force while I was In handcuff's sitting in The police station, he Choked me Slamed me aginst the wall leg sweabt me Then Threw me threw a wall. Emt Showed up and Said I was OK Cuz I had them Called But was Still Complaining about Sr Siaver Back Pain And my right arm hurting Bad That I later found out cause has a Bone fragment

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* County Inmate in Twin lakes rehab in Somerset

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

happened At The Patton Barrow Police Station Infront of a Hastings Town Cop.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Inside The Patton Barrow Police Station

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

8/29/22 ~~from 3pm to 10pm Sometime~~

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

14th Due Process rights were violated due to Excessive force Cruel and unusall punishment By a Borrow cop Stated in This Action while I was in handcuffs and The proper medical atention was not given eaither

See Attached Paper

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

~~Chiped my arm and~~ hurt my lower Back and Chiped A piece of Bone in my arm had X-rayed at That The County Jail put Could do Nothing for me But Need Fallow up

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Due To all This was Sent to jail and held Because of ~~These~~ The Charges put on me which I had a $18 hr Job So I got Fired Then medical situation's That arose From it and Desamated my Caractor that Countinues. So I'm asking for $1,000,000.00 I am Suffiering from Ptsd ~~to~~ from this wich has given me hortship in my life and has led To me

# State a Claim  IV   2/2/24

**A.** So on Being detained for a Bench warrent and Traffic violations I was hancuffed and Taken to The Borrow Police Station Bye Bryen Diehl while he did paper work we exchanged word's while I was sitting there in handcuffs it escalated he Then got up grabed me By The Throat (we were faceing each other) Pinned me against the Wall, Then leg Swept me witch Caused me To put my head threw The ~~Oppi Qpsest~~ Opposite wall. All This happened while I was still in handcuff's he Called Emt's But at that time they said I was OK even though I still Complained of Back pain & Pain in my Arm They Proceeded ~~Th~~ To Take me to the County Jail, while There I later found out That I have a Bone fragment in my arm (Had x-rays).

All This has violated **my Amendment** rights 14th, 8th 4th ( Due process, Excessive force, loss of wages, Emotional stress, Cruel and unusally Punishmet, Punittiff Damages

And while this was Being done A ~~Hisstn~~ Haisting's Town Cop Stood the

Page 1



2/2/24

Watched the whole thing and did Nothing to intervein while we were in the police Station, while they Both had Body Cam's on. Mr Bryan Diehl was later fired or Transfered Due to the ~~insighted~~ to all this. All @ The Charges were Droped aginst me But NOT Before my rights were violated.

I Swear That every thing I have Said is true To The Best of my Knowladg

Christopher A Walters

*Chris Walters*

Geting locked up For another case Because I was in fear That it would happen to me agin So I took flight and Been in for over a year Due to it

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes — Did NoT Apply
☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

———————— Cw

2. What did you claim in your grievance?

3. What was the result, if any?

    4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

    1. If there are any reasons why you did not file a grievance, state them here:

*I was Taken To Jail and had NO acess To*

    2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Intake officers and Nurses at the County Jail*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*The Jail has X-ray's from them sending me out to get Them*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

    4. Name of Judge assigned to your case

    5. Approximate date of filing lawsuit

    6. Is the case still pending?

        ☐ Yes

        ☒ No

    If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-1-24

Signature of Plaintiff: Chris Walters
Printed Name of Plaintiff: Chris Walters
Prison Identification #: 23-00359
Prison Address: 420 r 425 Manor Drive
Ebensburg, P.A. 15931

Current Address: 224 Twin Lakes Rd
Somerset PA 15501

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:

Page 11 of 12

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Name of Law Firm
    Address

                                      *City*                          *State*            *Zip Code*

    Telephone Number          814-443-3639
    E-mail Address   fax   814-289-4481

Page 12 of 12